UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
SEMPRA ENERGY TRADING LLC,

      Plaintiff,

   - against -

TRAFIGURA AG,

      Defendant.

------------------------------------------------------------------ X

Index No. 09 Civ. 5060 (CM)

## NOTICE OF DISCONTINUANCE WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Pr. 41(a)(1)(i), plaintiff Sempra Energy Trading LLC hereby discontinues this action with prejudice.

Dated: New York, New York
   June 16, 2009

            GOLENBOCK, EISEMAN, ASSOR, BELL
             & PESKOE LLP
            Attorneys for Plaintiff
            437 Madison Avenue
            New York, New York 10022
            (212) 907-7300

            By_____
             Jeffrey T. Golenbock (JG 2217)